**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.00-832(PAM/JGL)

USA
v.
Livingston

**IN RE: Notice of Reassignment of Magistrate Judge - NEW 00-832(PAM/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200..

DATED: JUN 2 8 2000

Francis E. Dosal
**Francis E. Dosal, Clerk**

Filed JUN 2 8 2000
Judgment entered ______
Deputy Clerk VEM

3